UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEONOR S.P.,<br><br>       Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>       Defendant. | Case No.:  22cv324<br><br>**Order on Joint Motion For Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment [Doc. No. 12]** |

  Plaintiff Eleonor S.P. filed this action challenging the final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. Doc. No. 1. This Court directed the parties to explore informal resolution of the matter through the meet-and-confer process, but the parties were unable to resolve the case on their own by the date set by the Court. *See* Doc. Nos. 10, 11. Nonetheless, on September 30, 2022, the parties filed a Joint Motion for Voluntary Remand to [the] Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment. Doc No. 12.

  Having reviewed the Complaint and the parties' Joint Motion, the Court **GRANTS** the Joint Motion. Upon remand, the Agency will vacate the decision of the Administrative Law Judge ("ALJ") and remand the case to the Agency to further develop the record and issue a new decision. The Clerk of Court is **DIRECTED** to enter a final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner and

1  remanding this action to the Agency. The entry of judgment will begin the running of the
2  thirty-day period for which plaintiff, as the prevailing party, may make a timely application
3  for attorneys' fees under the Equal Access to Justice Act. *See* 28 U.S.C. § 2412(d)(1)(B);
4  *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

     IT IS SO ORDERED.

Dated: October 4, 2022

Hon. Karen S. Crawford
United States Magistrate Judge