UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEONOR S.P., <br><br>              Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner of Social Security, <br><br>              Defendant. | Case No.:  22-cv-324-KSC <br><br> **ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES [Doc. No. 15.]** |

      On March 10, 2022, plaintiff Eleonor S.P. commenced an action against Commissioner of Social Security Kilolo Kijakazi seeking review of a final adverse decision of the Commissioner. Doc. No. 1. On September 30, 2022, the parties jointly moved to remand the matter. Doc. No. 12. On October 4, 2022, the Court issued an Order remanding the case to the agency for further administrative proceedings. Doc. No. 13

      Before the Court is the parties' Joint Motion for the Award and Payment of Attorney's Fees and Expenses. Doc. No. 22 (the "Joint Motion").  Based on the parties' agreement and the information presented in the Joint Motion, IT IS HEREBY ORDERED that plaintiff, Eleonor S.P., is awarded attorney's fees and expenses in the amount of TWO THOUSAND TWO HUNDRED EIGHTY DOLLARS AND EIGHTY-EIGHT CENTS $2,280.88) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. section 2412(d).,

and FOUR HUNDRED AND TWO DOLLARS ($402) under 28 U.S.C. section 1920. This amount represents compensation and costs for all legal services rendered by counsel on plaintiff's behalf in connection with this civil action.

Following the issuance of this Order, the government will consider the matter of plaintiff's contractual assignment of EAJA fees to Matthew F. Holmberg.  The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. *See Astrue v. Ratliff*, 560 U.S. 586, 597 (2010). Upon entry of this Order, the government will determine whether they are subject to any offset.

Fees shall be made payable to Eleonor S.P., but if the Department of the Treasury determines plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses, and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC. Any payments made shall be delivered to Matthew F. Holmberg.

This Order is without prejudice to the rights of Matthew F. Holmberg and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

IT IS SO ORDERED.

Dated: November 9, 2022

Hon. Karen S. Crawford
United States Magistrate Judge